# ALABAMA COURT OF CRIMINAL APPEALS



January 12, 2024

**CR-2023-0595**
Scotty Dale Moss v. State of Alabama (Appeal from Limestone Circuit Court: CC-20-159.61)

## NOTICE

You are hereby notified that on January 12, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk